UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JOSEPH DELLA VECCHIA,

     Plaintiff,

v.                                                          CASE NO. 8:17-cv-2977-T-23AAS

ALLY FINANCIAL, INC.,

     Defendant.

_____/


**ORDER**

     In accord with the parties' stipulation (Doc. 28), the action is **DISMISSED**

**WITH PREJUDICE**.

     ORDERED in Tampa, Florida, on June 8, 2018.


_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE